UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

AUG 6 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| MANUEL GRAY, | No. 23-3328 |
|---|---|
| Plaintiff - Appellant, | D.C. No. 2:20-cv-01987-JJT District of Arizona, Phoenix |
| v. | |
| SAKS FIFTH AVENUE LLC, | ORDER |
| Defendant - Appellee. | |

J. Scott Ballenger, Catherine E. Stetson, and the University of Virginia School of Law, are hereby appointed to represent appellant for purposes of this appeal only. The clerk will amend the docket to reflect that J. Scott Ballenger and Catherine E. Stetson are pro bono counsel of record for appellant.

The opening brief is due October 17, 2025. The answering brief is due November 17, 2025. The optional reply brief is due February 6, 2026.

This appeal will be calendared for oral argument during the month of April 2026.

Appellant may file a replacement brief or a supplemental brief; the court prefers replacement briefs. Appellee may file either a new answering brief or a statement that they will rely on their original answering brief.

The parties must state on the cover of each brief whether it is a replacement brief or supplemental brief. If a replacement brief is filed, the clerk will strike the previously filed brief.

No streamlined extensions of time to file a brief will be approved and no written motions for extensions of time will be granted absent extraordinary and compelling circumstances.

The clerk will serve this order on appellant individually as well as on appellant's counsel J. Scott Ballenger, University of Virginia School of Law, Appellate Litigation Clinic, 580 Massie Road, Charlottesville, VA 22903, Email: sballenger@law.virginia.edu; and Catherine E. Stetson, Hogan Lovells US, LLP, 555 13th Street, NW, Washington, DC 20004, Email: cate.stetson@hoganlovells.com.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT